WALTER B. WALKER, Respondent, v. PAULINO GERLI and Others, Defendants, and INTERNATIONAL SILK GUILD, INC., Appellant.— As the order denying the motion of defendants to dismiss the complaint herein was reversed and the motion granted (See *Walker* v. *Gerli, ante,* p. 249, decided herewith), this appeal by defendant International Silk Guild, Inc., from an order granting plaintiff's motion for an examination of said defendant before trial should be dismissed, without costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

PATRICK WALSH, Appellant, v. AGNES C. PETRIE, Respondent, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 180 VARICK STREET CORPORATION, Respondent, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, and Constituting the Board of Taxes and Assessments of Said City, Appellants, Respondents. (Taxes for 1934, 1935 and 1936.) — Orders unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ. [166 Misc. 253.]

WILLIAM A. BRADY, Appellant, v. BLACKETT-SAMPLE-HUMMERT, INC., BAMBERGER BROADCASTING SERVICE, INC., and CHARLES H. PHILLIPS CHEMICAL CO., Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CITY OMNIBUS CORPORATION and NEW YORK RAILWAYS CORPORATION, Appellants, v. WILLIAM S. MILLER and Others, Constituting the Tax Commission of the Tax Department of the City of New York, Respondents. (Taxes for 1932.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.